**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000589
26-JUN-2025
11:10 AM
Dkt. 85 ODSD**

NO. CAAP-22-0000589

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

N.T., Plaintiff-Appellant, v.
J.B., Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV171006982)

ORDER
(By: Leonard, Acting Chief Judge, Wadsworth and Nakasone, JJ.)

Upon review of the record, it appears that:

(1) On January 6, 2023, the appellate clerk entered a default of the statement of jurisdiction and opening brief;

(2) On February 13, 2023, the court granted self-represented Plaintiff-Appellant **N.T.**'s January 31, 2023 motion for relief from default and a first extension of time for the statement of jurisdiction and opening brief, extended the deadline to file the statement of jurisdiction and opening brief, and cautioned N.T. that any further default of the statement of jurisdiction or opening brief may result in sanctions, including the appeal being dismissed, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30;

(3) The court subsequently granted two additional extensions of time for the statement of jurisdiction and opening brief to July 31, 2023; and

(4) N.T. failed to file either document and has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 26, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge